## CERTIFICATE OF SERVICE

I, Neal Levitsky, hereby certify that a true and correct copy of the foregoing Defendant's Answer to Plaintiff's Complaint with Affirmative Defenses was served via first class mail, postage prepaid, upon counsel for plaintiff addressed as follows:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

_____
Neal Levitsky, Esquire (No. 2092)

Dated: March 17, 2005