IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Timothy B. Binder<br>      Plaintiff<br><br>v.<br><br>Pep Boys – Manny, Moe & Jack<br>of Delaware, Inc. | :<br>:  Case No. 04-1437<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

NEAL J. LEVITSKY, ESQUIRE, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of STEVEN K. LUDWIG, of Fox Rothschild LLP at 2000 Market Street, Tenth Floor, Philadelphia, PA, 19103-3291, to represent Defendant in this action.

FOX ROTHSCHILD LLP

By: _____
Neal J. Levitsky, Esquire
Delaware Bar No. 2092
919 N. Market Street, Suite 1400
Wilmington, DE 19801-3046
302/655-7460; 302/655-7004 (fax)
Attorney for Defendant Pep Boys – Manny, Moe & Jack of Delaware, Inc.

Dated: 5/12/2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____   _____
                                                          UNITED STATES DISTRICT JUDGE