**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, United States Court of Appeals for the Third Circuit, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey and the United States District Court for the Middle District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have access to, and have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Steven K. Ludwig, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2164

Dated: May 12, 2005