## **CERTIFICATE OF SERVICE**

I, Neal J. Levitsky, Esquire, hereby certify that a true and correct copy of the foregoing Defendant's Motion for Admission *Pro Hac Vice* was served on Plaintiff's counsel by first class mail, postage prepaid, addressed as follows:

        Jeffrey K. Martin, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        _____
        NEAL J. LEVITSKY

Dated: 5/13/2005