IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY B. BINDER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 04-1437(JJF) |
| v. | : | |
| | : | |
| PEP BOYS – MANNY, MOE & | : | JURY TRIAL DEMANDED |
| JACK OF DELAWARE, INC., | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Keri L. Morris, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certifies that two true and correct copies of *Plaintiff's Initial Disclosures Pursuant to Rule 26 (a)* were served on June 16, 2005 to the following:

Janice H. Levin, Esquire
Pep Boys-Manny, Moe and Jack, Inc.
3111 West Allegheny Avenue
Philadelphia, PA 19132
(215) 430-9026

Neal J. Levitsky, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1400
Wilmington, DE 19801-3046
(302) 655-7460

Steven K. Ludwig, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
JEFFREY K. MARTIN (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

Dated: June 16, 2005