IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY B. BINDER, | : |
| Plaintiff, | : |
| | : C.A. No.: 04-1437-JJF |
| v. | : |
| PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC., | : |
| Defendant. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon agreement of all parties to this lawsuit, it is hereby stipulated and agreed that this matter is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**MARGOLIS EDELSTEIN**

*/s/ Keri L. Morris/*
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680 – telephone
(302) 777-4682 – facsimile
jmartin@margolisedelstein.com

Dated: 7/11/05

**FOX ROTHSCHILD, LLP**

*/s/*
Neal J. Levitsky, Esquire (#2092)
Steven K. Ludwig, Esquire (*pro hac vice*)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801-2323
(302) 622-4200 – telephone
(302) 656-8920 – facsimile
nlevitsky@foxrothschild.com

Dated: 7/28/2005

5

PH1 736293v1 06/30/05